IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| In re the matter of | NO. 08-71721 |
| LILLIE B. ALEXANDER, | CHAPTER 13 |
| Debtor. | JUDGE MANUEL BARBOSA |

## STATEMENT OF OUTSTANDING OBLIGATIONS

Now comes LITTON LOAN SERVICING, LP, SERVICER FOR WELLS FARGO BANK, N.A. AS SUCCESSOR BY MERGER TO WELLS FARGO BANK MINNESOTA, N.A., AS TRUSTEE RELATING TO MERRILL LYNCH MORTGAGE INVESTORS TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2003-HE1, its successors and/or assigns (hereinafter referred to as "LITTON"), a creditor herein, by TERRI M. LONG, its attorney, and files this Statement of Outstanding Obligations:

1. That on May 31, 2008, the Debtor herein filed a petition for relief under Chapter 13 of the Bankruptcy Code.

2. That LITTON is a creditor of the Debtor with respect to a certain mortgage upon real estate, with a common address of 1912 Knowlton Street, Rockford, Illinois 61101.

3. That on May 26, 2010, the trustee filed and served a Notice of Cure of All Pre-petition Mortgage Obligation, pursuant to ¶B(2)(b) of the plan dated 5/13/08.

4. As of this date, creditor's records still reflect a balance of $431.11, which represents post-petition escrow advances.

5. That this statement is filed in response to trustee's notice and is intended to comply with the requirements set forth in said notice.

Respectively Submitted,

/s/ Terri M. Long
TERRI M. LONG

LAW OFFICES OF TERRI M. LONG
18201 Morris Avenue
Homewood, Illinois 60430
Phone: (708) 922-3301 Fax: (708) 922-3302
Atty. for LITTON LOAN SERVICING, LP, its Successors and/or Assigns